UNITED STATES of America,
Plaintiff-Appellee,

v.

Jonathan D. DAVEY, Defendant-
Appellant.

No. 17-6154

United States Court of Appeals,
Fourth Circuit.

Submitted: June 29, 2017

Decided: July 5, 2017

Jonathan D. Davey, Appellant Pro Se.
Benjamin Bain-Creed, OFFICE OF THE
UNITED STATES ATTORNEY, Anthony
Joseph Enright, Assistant United States
Attorney, Charlotte, North Carolina, for
Appellee.

Before TRAXLER, KING, and WYNN,
Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jonathan D. Davey appeals the district
court's text order of January 23, 2017 de-
nying his motion to compel former counsel
to surrender his case file. We have re-
viewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *United
States v. Davey*, No. 3:12-cr-00068-RJC-
DSC-1 (W.D.N.C. Jan. 23, 2017). We deny
Davey's motion to toll his habeas filing

deadline and dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

*AFFIRMED*